

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,197

### EX PARTE ANSON VERNON MOORE, II, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR-17910 IN THE 35TH DISTRICT COURT
### FROM BROWN COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of driving while intoxicated and sentenced to fifty (50) years' imprisonment. The Eleventh Court of Appeals affirmed his conviction. *Moore v. State*, No. 11-05-00393-CR, (Tex. App.– Eastland, 2008, pet. dism'd) (not designated for publication).

Applicant contends that his appellate counsel failed to timely notify Applicant that his conviction had been affirmed and failed to advise him of his right to petition for discretionary review

*pro se.*

The trial court has entered findings of fact and conclusions of law recommending the relief be granted. We agree. We find that Applicant has been deprived of his right to petition for discretionary appeal *pro se. Ex parte Riley*, 193 S.W.3d 900 (Tex. Crim. App. 2006). Applicant is therefore entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Eleventh Court of Appeals in Cause No. 11-05-00393-CR that affirmed his conviction in Case No. CR-17910 from the 35th Judicial District Court of Brown County. Applicant shall file his petition for discretionary review with the Eleventh Court of Appeals within 30 days of the date on which this Court's mandate issues.

Delivered: August 19, 2009
Do not publish